JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOSE A. ZAMORA and MARTHA D. ZAMORA,<br><br>    Debtors.<br>_____<br><br>ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>DANNIEL DE LA MADRID dba LLAMAS ESTATE, LLC dba MUZIKNEUM, LTD dba CASTIZO HOLDINGS, LLC, et al.<br><br>    Defendants. | Case No. 2:22-cv-05130-SVW<br><br>USBC No. 2:17-bk-22698-BB<br><br>Adv. No. 2:22-ap-01149-BB<br><br><br>JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANT<br><br><br><br><br><br>DATE: [No Hearing Scheduled]<br>TIME:<br>PLACE: |

    Having issued on April 6, 2023, an "order adopting the Bankruptcy Court's report & recommendation," a copy of which is

1

attached hereto and incorporated herein as Exhibit "1, and good cause appearing therefor, it is hereby

        ORDERED:

    1.    Judgment is hereby entered in favor of Rosendo Gonzalez, the Chapter 7 trustee in the bankruptcy case pending with the United States Bankruptcy Court for the Central District of California (USBC Case No. 2:17-bk-22698-BB)(the "Bankruptcy Case"), and the plaintiff in the adversary proceeding pending in the Bankruptcy Case (Adv. No. 2:19-ap-01139-BB), against Danniel De La Madrid dba Llamas Estate LLC dba Muzikneum, LTD dba Castizo Holdings, LLC (collectively, the "De La Madrid Defendants"), Eliza Villareal ("Villareal"), and Martha Lizeth Perez ("Perez").

    2.    Pursuant to Sections 544, 548 and 550 of the Bankruptcy Code, the transfers by Jose A. Zamora and Martha D. Zamora, the debtors in the Bankruptcy Case (collectively, the "Debtors"), of the real estate property commonly described as 7220 S. Western Avenue, Los Angeles, California 90047, and legally described as: LOT 7 BLOCK 1 OF TRACT 6757, SHEETS 1 TO 4, INCLUSIVE, CITY OF AND COUNTY OF LOS ANGELES, RECORDED 76, PAGE(S) 35 TO 38, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. A.P.N.: 6018-001-005(the "Property"), the business commonly referred to as "Las Palomas Night Club" that operated at the Property and the liquor license used for that business, made to the De La Madrid Defendants are hereby avoided and recovered for the benefit of the

2

bankruptcy estate, subject to an equitable lien in the amount of three-hundred-ninety-six-thousand-one-hundred-seventy-five dollars and fifty-nine cents ($396,175.59) for the benefit of the De La Madrid Defendants.

3. Pursuant to Sections 544, 548 and 550 of the Bankruptcy Code, the transfer made by the Debtors to and for the benefit of Villareal in the amount of one-hundred-thousand dollars and no cents ($100,000.00) is hereby avoided and recovered for the benefit of the bankruptcy estate.

4. Pursuant to Sections 544, 548 and 550 of the Bankruptcy Code, the transfer made by the Debtors to and for the benefit of Perez in the amount of eighty-thousand dollars and no cents ($80,000.00) is hereby avoided and recovered for the benefit of the bankruptcy estate.

IT IS SO ORDERED.

DATE: June 9, 2023     BY: _____
                           Hon. STEPHEN V. WILSON
                           United States District Judge